

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00813-CV

In the Interest of **D.M.R.** and J.A.R.R., Minor Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 1975-CI-09563
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c).

SIGNED February 19, 2014.

_____
Karen Angelini, Justice